MINNIE LIEBECK, APPELLANT, v. JULIA BENNIS, RESPONDENT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 422.

For the appellant, *Samuel Morris.*

For the respondent, *S. Paul Ridgway.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, JJ.   12.

*For reversal*—None.

*For reversal*—None.